**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

MDSAVE, INC. and MDSAVE SHARED            )
SERVICES, INC.,                           )
                                          )
      Plaintiffs,                         )
                                          )
v.                                        )    Case No. 23-cv-636-RGA
                                          )
SESAME, INC.,                             )
                                          )
      Defendant.                          )
                                          )

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Now come Plaintiffs, MDSave, Inc. and MDSave Shared Services, Inc., and Defendant,

Sesame, Inc., by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

hereby stipulate to the dismissal of all claims against Defendant Sesame, Inc. WITH PREJUDICE,

with each party to bear its own attorneys' fees and costs.

Dated: August 15, 2023

Respectfully submitted,

**SHAW KELLER LLP**

**KRATZ & BARRY LLP**

*/s/ Karen E. Keller*
Karen E. Keller (No. 4489)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com

*/s/ R Touhey Myer*
R Touhey Myer (#5939)
800 N. West Street
Wilmington, DE 19801
 (302) 527- 9378
tmyer@kratzandbarry.com

*Of Counsel*:

*Of Counsel:*

Jason McManis
jmcmanis@azalaw.com
Michael Killingsworth
mkillingsworth@azalaw.com
Ab Henry
ahenry@azalaw.com
Chun Deng
cdeng@azalaw.com
AHMAD, ZAVITSANOS, & MENSING PLLC
1221 McKinney Street, Suite 2500
Houston, Texas 77010
Telephone: (713) 655-1101
Facsimile: (713) 655-0062

R. David Donoghue
Anthony J. Fuga
Brian P. Murray
HOLLAND & KNIGHT LLP
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60606
(312) 263-3600
david.donoghue@hklaw.com
anthony.fuga@hklaw.com
brian.murray@hklaw.com

*Attorneys for Plaintiffs, MDSave, Inc.
and MDSave Shared Services, Inc.*

*Counsel for Defendant, Sesame, Inc.*

2