# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| MDSAVE, INC. and MDSAVE SHARED SERVICES, INC., | ) )  ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 23-cv-636-RGA ) |
| SESAME, INC., | ) ) |
| Defendant. | ) ) ) |

## **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Now come Plaintiffs, MDSave, Inc. and MDSave Shared Services, Inc., and Defendant, Sesame, Inc., by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all claims against Defendant Sesame, Inc. WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

Dated: August 15, 2023                                    Respectfully submitted,

| | |
|---|---|
| **SHAW KELLER LLP** | **KRATZ & BARRY LLP** |
| */s/ Karen E. Keller* | */s/ R Touhey Myer* |
| Karen E. Keller (No. 4489) | R Touhey Myer (#5939) |
| I.M. Pei Building | 800 N. West Street |
| 1105 North Market Street, 12th Floor | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 527- 9378 |
| (302) 298-0700 | tmyer@kratzandbarry.com |
| kkeller@shawkeller.com | |
| | *Of Counsel:* |
| *Of Counsel*: | |
| | R. David Donoghue |
| Jason McManis | Anthony J. Fuga |
| jmcmanis@azalaw.com | Brian P. Murray |
| Michael Killingsworth | HOLLAND & KNIGHT LLP |
| mkillingsworth@azalaw.com | 150 N. Riverside Plaza, Suite 2700 |
| Ab Henry | Chicago, IL 60606 |
| ahenry@azalaw.com | (312) 263-3600 |
| Chun Deng | david.donoghue@hklaw.com |
| cdeng@azalaw.com | anthony.fuga@hklaw.com |
| AHMAD, ZAVITSANOS, & MENSING PLLC | brian.murray@hklaw.com |
| 1221 McKinney Street, Suite 2500 | |
| Houston, Texas 77010 | *Attorneys for Plaintiffs, MDSave, Inc.* |
| Telephone: (713) 655-1101 | *and MDSave Shared Services, Inc.* |
| Facsimile: (713) 655-0062 | |
| | |
| *Counsel for Defendant, Sesame, Inc.* | |

SO ORDERED this 16th day of August, 2023

/s/ Richard G. Andrews
United States District Judge

2